**The Honorable James L. Robart**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)

JONATHAN OLLIFF-COOPER,

      Plaintiff,

  v.

FIRST UNUM LIFE INSURANCE
COMPANY,

      Defendant.

Case No. 2:26-cv-00052-JLR

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO CONTINUE
FRCP RULE 26 DEADLINES

This matter having come before the Court on the Parties' Stipulated Motion to Continue FRCP 26 Deadlines, and the Court being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion (Dkt. # 10) is GRANTED.

The current Federal Rule of Civil Procedure 26 deadlines set forth in the Court's Order at ECF #9 are vacated until such time as the Court rules on Defendant First Unum Life Insurance Company's anticipated transfer motion.

IT IS SO ORDERED.

DATED May 21, 2026

_____

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING RULE 26 DEADLINES - 1
CASE NO. 2:26-CV-00052-JLR

Maynard Nexsen PC
600 Stewart Street, Ste. 400
Seattle, WA  98101
843.720.1754

Presented by:

MAYNARD NEXSEN, P.C.

By: /s/ Mary Stuart King
Mary Stuart King, WSBA #62509
600 Stewart Street, Suite 400
Seattle, WA  98101
Telephone:  (843) 720-1754
Facsimile:  (843) 720-1777
Email:  MKing@maynardnexsen.com

*Attorneys for Defendant First Unum Life Insurance Company*

Approved as to Form; Presentation Waived.

DEBOFSKY LAW LTD.

By:/s/ *Mark D. DeBofsky*
Mark D. DeBofsky
2 N. Riverside Plaza, Suite 1420
Chicago, Illinois 60606
Telephone: (312) 561-4040
Facsimile: (312) 600-4426
E-mail: mdebofsky@debofsky.com

*Attorneys for Plaintiff Jonathan Olliff-Cooper*

ORDER CONTINUING RULE 26 DEADLINES - 2
CASE NO. 2:26-CV-00052-JLR

Maynard Nexsen PC
600 Stewart Street, Ste. 400
Seattle, WA  98101
843.720.1754