**The Honorable James L. Robart**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| JONATHAN OLLIFF-COOPER,<br><br>Plaintiff,<br><br>v.<br><br>FIRST UNUM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:26-cv-00052-JLR<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the Parties' Stipulated Motion, this action hereby is dismissed with prejudice and in its entirety, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 1, 2026

_____

Hon. James L. Robart
United States District Judge

ORDER DISMISSING ACTION WITH
PREJUDICE - 1
2:26-cv-00052-JLR

MAYNARD NEXSEN PC
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104
PHONE: 415-646-4679 | FAX: 205-254-1999

Presented by:

MAYNARD NEXSEN PC

By: /s/ Adelle Greenfield
    Adelle Greefield, WSBA #52247
    701 Fifth Avenue, 42nd Floor
    Seattle, WA  98104
    T: 415-646-4679  F: 205-254-1999
    Email:  agreenfield@maynardnexsen.com

*Attorneys for Defendant First Unum Life Insurance Company*

DEBOFSKY LAW LTD.

By:  /s/ Mark D. DeBofsky
    Mark D. DeBofsky
    2 N. Riverside Plaza, Suite 1420
    Chicago, Illinois 60606
    Telephone: (312) 561-4040
    Facsimile: (312) 600-4426
    E-mail: mdebofsky@debofsky.com

*Attorneys for Plaintiff Jonathan Olliff-Cooper*

ORDER DISMISSING ACTION WITH
PREJUDICE - 2
2:26-cv-00052-JLR

MAYNARD NEXSEN PC
701 Fifth Avenue, 42nd Floor
Seattle, WA 98104
PHONE: 415-646-4679 | FAX: 205-254-1999